# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ROAD WEST TRUCKING CORPORATION                    Case No. 13-26948
                                                         Chapter   7
_____,
                         Debtor

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 01, 2013. The undersigned trustee was appointed on July 01, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         16,000.00

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                           0.00
   Administrative expenses                                         87.65
   Bank service fees                                              428.02
   Other payments to creditors                                      0.00
   Non-estate funds paid to 3rd Parties                             0.00
   Exemptions paid to the debtor                                    0.00
   Other payments to the debtor                                     0.00

   Leaving a balance on hand of [1]       $         15,484.33

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/29/2013 and the deadline for filing governmental claims was 12/30/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,350.00, for a total compensation of $2,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $11.63, for total expenses of $11.63.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/07/2015          By:/s/DEBORAH K. EBNER, Trustee
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-26948  
**Case Name:** ROAD WEST TRUCKING CORPORATION  

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/01/13 (f)  
**§341(a) Meeting Date:** 08/20/13  

**Period Ending:** 04/07/15  

**Claims Bar Date:** 11/29/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Acct #6463 | 15.00 | 0.00 | | 0.00 | FA |
| 2 | Business Checking Acct #1951 Bank W 87th St IL | 16,000.00 | 0.00 | | 16,000.00 | FA |
| 3 | 1996 48' Great Dane Trailer | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | 1999 53' Stoughton Trailer RR Donnelley 1000 Win | 500.00 | 0.00 | OA | 0.00 | FA |
| 5 | 1999 53' Great Dane Trailer Donnelley Windh | 500.00 | 0.00 | OA | 0.00 | FA |
| 6 | 1999 48' Stoughton Trailer Donnelley Windham | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | 2003 Volvo Tractor | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2011 Great Dane Semi Trailer | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Assets   Totals (Excluding unknown values) | **$28,015.00** | **$0.00** | | **$16,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has recently retained Thomas Mowrey to assist with the valuation and liquidation of Debtor's rolling stock. Mr. Mowery has concldued that the rolling stock has minimal value to the estate and cost of administration may exceed sale proceeds, Trustee will be abandoning those items.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2017     **Current Projected Date Of Final Report (TFR):**     December 31, 2017

Printed: 04/07/2015 12:52 PM     V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-26948  
**Case Name:** ROAD WEST TRUCKING CORPORATION  
**Taxpayer ID #:** **-***1559  
**Period Ending:** 04/07/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/13 | {2} | Road West Trucking | turnover of bank acct | 1129-000 | 16,000.00 | | 16,000.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 15,986.20 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.29 | 15,960.91 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.42 | 15,939.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.21 | 15,914.28 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.65 | 15,890.63 |
| 02/03/14 | 101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2014 FOR CASE #13-26948, Bond #016026455 | 2300-000 | | 21.68 | 15,868.95 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.32 | 15,847.63 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.03 | 15,825.60 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.28 | 15,801.32 |
| 05/09/14 | 102 | NRAI, Inc | UCC Search charge | 2990-000 | | 56.00 | 15,745.32 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.68 | 15,722.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 15,700.78 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.84 | 15,675.94 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.79 | 15,654.15 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.01 | 15,630.14 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.22 | 15,606.92 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.20 | 15,586.72 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.40 | 15,561.32 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.38 | 15,538.94 |
| 02/11/15 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-26948, Bond # 10BSBGR6291 | 2300-000 | | 9.97 | 15,528.97 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 15,508.12 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.79 | 15,484.33 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 16,000.00 | 515.67 | **$15,484.33** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 16,000.00 | 515.67 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$16,000.00** | **$515.67** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 13-26948 | |
| **Case Name:** | ROAD WEST TRUCKING CORPORATION | |
| **Taxpayer ID #:** | **-***1559 | |
| **Period Ending:** | 04/07/15 | |

| | | |
|---|---|---|
| **Trustee:** | DEBORAH K. EBNER, Trustee (330480) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******0166 - Checking Account | |
| **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0166** | **16,000.00** | **515.67** | **15,484.33** |
| | **$16,000.00** | **$515.67** | **$15,484.33** |

Printed: 04/07/15 12:53 PM  **Claims Distribution Register**  Page: 1

### Case: 13-26948   ROAD WEST TRUCKING CORPORATION

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED | 07/01/13 | 100 | Chase<br>PO Box 33035<br>Louisville, KY 40232<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 100 | JX Financial<br>PO Box 5<br>Waukesha, WI 53187<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 100 | Keystone Equipment<br>433 New Park Ave<br>West Hartford, CT 06110<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/01/13 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br><2100-00  Trustee Compensation> | 2,350.00 | 2,350.00 | 0.00 | 2,350.00 | 2,350.00 |
| | 07/01/13 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br><2200-00  Trustee Expenses> | 11.63 | 11.63 | 0.00 | 11.63 | 11.63 |
| | 07/01/13 | 200 | Deborah K. Ebner, ESQ.<br>11 East Adams Suite 904<br>Chicago, IL 60603<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 1,904.50 | 1,904.50 | 0.00 | 1,904.50 | 1,904.50 |
| | 07/01/13 | 200 | International Sureties<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139<br><2300-00  Bond Payments> | 21.68 | 21.68 | 21.68 | 0.00 | 0.00 |
| | 07/01/13 | 200 | Arthur B. Levine Company<br>60 East 42nd Street - Room 965<br>New york, NY 10165<br><2300-00  Bond Payments> | 9.97 | 9.97 | 9.97 | 0.00 | 0.00 |
| | 07/01/13 | 200 | NRAI, Inc<br>PO Box 4349<br>Carol Stream, IL 60197-4349<br><2990-00  Other Chapter 7 Administrative Expenses><br>UCC search with documents invoice #12281395-RI | 56.00 | 56.00 | 56.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$4,353.78** | **$4,353.78** | **$87.65** | **$4,266.13** | **$4,266.13** |

Printed: 04/07/15 12:53 PM          **Claims Distribution Register**          Page: 2

### Case: 13-26948   ROAD WEST TRUCKING CORPORATION

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| | | | **Total for Admin Ch. 7 Claims:** | **$4,353.78** | **$4,353.78** | **$87.65** | **$4,266.13** | **$4,266.13** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 1 | 12/03/13 | 620 | Keystone Equipment Finance Corp<br>433 New Park, Ave<br>West Hartford, CT 06110<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt; | 2,151.94 | 2,151.94 | 0.00 | 2,151.94 | 2,058.10 |
| 2 | 02/27/15 | 620 | Speedway<br>PO Box 1590<br>Springfield, OH 45501<br>&lt;7200-00   Tardy General Unsecured § 726(a)(3)&gt; | 9,577.77 | 9,577.77 | 0.00 | 9,577.77 | 9,160.10 |
| | | | **Total for Priority 620:   95.63919% Paid** | **$11,729.71** | **$11,729.71** | **$0.00** | **$11,729.71** | **$11,218.20** |
| NOTFILED | 07/01/13 | 810 | Ascension Point Recovery<br>200 Coon Rapids Blvd Ste 210<br>Coon Rapids, MN 55433<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Chase<br>PO Box 15298<br>Wilmington, DE 19850<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Citi<br>PO Box 6500<br>Sioux Falls, SD 57117<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Citi<br>PO Box 6500<br>Sioux Falls, SD 57117<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Discover<br>PO Box 30943<br>Salt Lake City, UT 84130<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Estate of Beauford Slaughter<br>8501 S. Major Ave.<br>Burbank, IL 60459<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Printed: 04/07/15 12:53 PM  **Claims Distribution Register**  Page: 3

### Case: 13-26948   ROAD WEST TRUCKING CORPORATION

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| NOTFILED | 07/01/13 | 810 | First American Bank<br>PO Box 7983<br>Elk Grove Village, IL 60007<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | NCO Financial<br>PO Box 17212<br>Wilmington, DE 19850<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Philips & Cohen Associates Ltd<br>1004 Justison St<br>Wilmington, DE 19801<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | RMS<br>PO Box 1590<br>Springfield, OH 45501<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Superfleet<br>PO Box 1590<br>Springfield, OH 45501<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 07/01/13 | 810 | Verizon Wireless<br>PO Box 25505<br>Leigh Valley, PA 18002<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$11,729.71** | **$11,729.71** | **$0.00** | **$11,729.71** | **$11,218.20** |
| | | | **Total for Case :** | **$16,083.49** | **$16,083.49** | **$87.65** | **$15,995.84** | **$15,484.33** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 13-26948
Case Name: ROAD WEST TRUCKING CORPORATION
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:**                                $         15,484.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:   $    15,484.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 2,350.00 | 0.00 | 2,350.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 11.63 | 0.00 | 11.63 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,904.50 | 0.00 | 1,904.50 |

Total to be paid for chapter 7 administration expenses:   $    4,266.13
Remaining balance:   $    11,218.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    11,218.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 11,218.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 11,218.20 |

Tardily filed claims of general (unsecured) creditors totaling $ 11,729.71 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 95.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Keystone Equipment Finance Corp | 2,151.94 | 0.00 | 2,058.10 |
| 2 | Speedway | 9,577.77 | 0.00 | 9,160.10 |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 11,218.20 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**