# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ROAD WEST TRUCKING CORPORATION   §   Case No. 13-26948
                                         §
                                         §
Debtor(s)                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/17/2015 in Courtroom 613, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/13/2015        By:  /s/DEBORAH K. EBNER
                                              Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROAD WEST TRUCKING CORPORATION   §   Case No. 13-26948
  §
  §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,000.00 |
| *and approved disbursements of* | $ 515.67 |
| *leaving a balance on hand of* [1] | $ 15,484.33 |
| **Balance on hand:** | $ 15,484.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 15,484.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 2,350.00 | 0.00 | 2,350.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 11.63 | 0.00 | 11.63 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,904.50 | 0.00 | 1,904.50 |

Total to be paid for chapter 7 administration expenses:   $ 4,266.13
Remaining balance:   $ 11,218.20

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 11,218.20 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,218.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 11,218.20 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 11,729.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 95.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Keystone Equipment Finance Corp | 2,151.94 | 0.00 | 2,058.10 |
| 2 | Speedway | 9,577.77 | 0.00 | 9,160.10 |

Total to be paid for tardy general unsecured claims:   $           11,218.20
Remaining balance:                                      $                0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $       0.00
Remaining balance:                          $       0.00


Prepared By:   /s/DEBORAH K. EBNER, Trustee
                              Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-26948-TAB
Road West Trucking Corporation                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2            Date Rcvd: May 15, 2015
                              Form ID: pdf006          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2015.
```
db            +Road West Trucking Corporation,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684726      +Ascension Point Recovery,    200 Coon Rapids Blvd Ste 210,    Coon Rapids, MN 55433-5867
20684727      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
20684729      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
20684730      +Chase,    PO Box 33035,    Louisville, KY 40232-3035
20684731      +Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
20684734      +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684744      +First American Bank,    PO Box 7983,    Elk Grove Village, IL 60009-7983
20684745      +JX Financial,    PO Box 5,    Waukesha, WI 53187-0005
20684748      +Philips & Cohen Associates Ltd,    1004 Justison St,    Wilmington, DE 19801-5148
20684749      +RMS,    PO Box 1590,    Springfield, OH 45501-1590
20684750      +Sharon Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684752      +Speedway,    PO Box 1590,    Springfield, OH 45501-1590
20684753      +Superfleet,    PO Box 1590,    Springfield, OH 45501-1590
20684754      +Verizon Wireless,    PO Box 25505,    Leigh Valley, PA 18002-5505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20684733       E-mail/PDF: mrdiscen@discover.com May 15 2015 03:28:06      Discover,    PO Box 30943,
                 Salt Lake City, UT 84130
20684746      +E-mail/Text: legal@keystoneefc.com May 15 2015 03:26:54      Keystone Equipment,
                 433 New Park Ave,    West Hartford, CT 06110-1100
21290424      +E-mail/Text: legal@keystoneefc.com May 15 2015 03:26:54      Keystone Equipment  Finance Corp,
                 433 New Park, Ave,    West Hartford, CT 06110-1141
20684747      +E-mail/Text: bankruptcydepartment@ncogroup.com May 15 2015 03:26:19      NCO Financial,
                 PO Box 17212,    Wilmington, DE 19850-7212
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20684728*     +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
20684732*     +Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
20684735*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684736*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684737*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684738*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684739*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684740*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684741*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684742*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684743*     +Estate of Beauford Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
20684751*     +Sharon Slaughter,    8501 S. Major Ave.,    Burbank, IL 60459-2642
                                                                                 TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2015 at the address(es) listed below:
```
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah  Kanner Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: lhuley              Page 2 of 2           Date Rcvd: May 15, 2015
                              Form ID: pdf006           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Thomas L. Murphy    on behalf of Debtor    Road West Trucking Corporation resipsa1971@yahoo.com, lwilma@pettimurphylaw.com;eoconnell@pettimurphylaw.com

                                              TOTAL: 5