# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ROAD WEST TRUCKING CORPORATION            Case No. 13-26948-TAB
_____,  Chapter  7
                        Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $12,015.00                      Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,229.83       Claims Discharged
                                                  Without Payment: $243,078.21

Total Expenses of Administration: $4,770.17

---

3) Total gross receipts of $     16,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of $16,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $94,413.71 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,781.80 | 4,770.17 | 4,770.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 251,993.79 | 11,729.71 | 11,729.71 | 11,229.83 |
| **TOTAL DISBURSEMENTS** | $346,407.50 | $16,511.51 | $16,499.88 | $16,000.00 |

4) This case was originally filed under Chapter 7 on July 01, 2013. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2015      By: /s/DEBORAH K. EBNER, Trustee
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

*Expenses in the amount of $11.63 were denied.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Checking Acct #1951 Bank W 87th St IL | 1129-000 | 16,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Keystone Equipment | 4110-000 | 6,175.69 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 74,403.00 | N/A | N/A | 0.00 |
| NOTFILED | JX Financial | 4110-000 | 13,835.02 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$94,413.71** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 2,350.00 | 2,350.00 | 2,350.00 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 11.63 | 0.00 | 0.00 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,904.50 | 1,904.50 | 1,904.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Arthur B. Levine Company | 2300-000 | N/A | | 9.97 | 9.97 | 9.97 |
| International Sureties | 2300-000 | N/A | | 21.68 | 21.68 | 21.68 |
| NRAI, Inc | 2990-000 | N/A | | 56.00 | 56.00 | 56.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 13.80 | 13.80 | 13.80 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.29 | 25.29 | 25.29 |
| Rabobank, N.A. | 2600-000 | N/A | | 21.42 | 21.42 | 21.42 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.21 | 25.21 | 25.21 |
| Rabobank, N.A. | 2600-000 | N/A | | 23.65 | 23.65 | 23.65 |
| Rabobank, N.A. | 2600-000 | N/A | | 21.32 | 21.32 | 21.32 |
| Rabobank, N.A. | 2600-000 | N/A | | 22.03 | 22.03 | 22.03 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.28 | 24.28 | 24.28 |
| Rabobank, N.A. | 2600-000 | N/A | | 22.68 | 22.68 | 22.68 |
| Rabobank, N.A. | 2600-000 | N/A | | 21.86 | 21.86 | 21.86 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.84 | 24.84 | 24.84 |
| Rabobank, N.A. | 2600-000 | N/A | | 21.79 | 21.79 | 21.79 |
| Rabobank, N.A. | 2600-000 | N/A | | 24.01 | 24.01 | 24.01 |
| Rabobank, N.A. | 2600-000 | N/A | | 23.22 | 23.22 | 23.22 |
| Rabobank, N.A. | 2600-000 | N/A | | 20.20 | 20.20 | 20.20 |
| Rabobank, N.A. | 2600-000 | N/A | | 25.40 | 25.40 | 25.40 |
| Rabobank, N.A. | 2600-000 | N/A | | 22.38 | 22.38 | 22.38 |
| Rabobank, N.A. | 2600-000 | N/A | | 20.85 | 20.85 | 20.85 |
| Rabobank, N.A. | 2600-000 | N/A | | 23.79 | 23.79 | 23.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $4,781.80 | $4,770.17 | $4,770.17 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Keystone Equipment Finance Corp | 7200-000 | N/A | 2,151.94 | 2,151.94 | 2,060.31 |
| 2 | Speedway | 7200-000 | 9,415.46 | 9,577.77 | 9,577.77 | 9,169.52 |
| NOTFILED | NCO Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First American Bank | 7100-000 | 58,027.65 | N/A | N/A | 0.00 |
| NOTFILED | Philips & Cohen Associates Ltd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RMS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 180.19 | N/A | N/A | 0.00 |
| NOTFILED | Superfleet | 7100-000 | 9,577.77 | N/A | N/A | 0.00 |
| NOTFILED | Estate of Beauford Slaughter | 7100-000 | 98,458.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 13,312.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 12,937.32 | N/A | N/A | 0.00 |
| NOTFILED | Ascension Point Recovery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 23,980.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | 15,660.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 3,260.52 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 7,184.88 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $251,993.79 | $11,729.71 | $11,729.71 | $11,229.83 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-26948-TAB  **Trustee:** (330480) DEBORAH K. EBNER, Trustee
**Case Name:** ROAD WEST TRUCKING CORPORATION  **Filed (f) or Converted (c):** 07/01/13 (f)
**§341(a) Meeting Date:** 08/20/13
**Period Ending:** 09/12/15  **Claims Bar Date:** 11/29/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Business Checking Acct #6463 | 15.00 | 0.00 | | 0.00 | FA |
| 2   Business Checking Acct #1951 Bank W 87th St IL | 16,000.00 | 0.00 | | 16,000.00 | FA |
| 3   1996 48' Great Dane Trailer | 500.00 | 0.00 | OA | 0.00 | FA |
| 4   1999 53' Stoughton Trailer RR Donnelley 1000 Win | 500.00 | 0.00 | OA | 0.00 | FA |
| 5   1999 53' Great Dane Trailer Donnelley Windh | 500.00 | 0.00 | OA | 0.00 | FA |
| 6   1999 48' Stoughton Trailer Donnelley Windham | 500.00 | 0.00 | OA | 0.00 | FA |
| 7   2003 Volvo Tractor | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 8   2011 Great Dane Semi Trailer | 5,000.00 | 0.00 | OA | 0.00 | FA |
| **8 Assets  Totals** (Excluding unknown values) | **$28,015.00** | **$0.00** | | **$16,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has recently retained Thomas Mowrey to assist with the valuation and liquidation of Debtor's rolling stock. Mr. Mowery has concldued that the rolling stock has minimal value to the estate and cost of administration may exceed sale proceeds, Trustee will be abandoning those items.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017    **Current Projected Date Of Final Report (TFR):**   May 12, 2015  (Actual)

Printed: 09/12/2015 01:29 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-26948-TAB  
**Case Name:** ROAD WEST TRUCKING CORPORATION  
**Taxpayer ID #:** **-***1559  
**Period Ending:** 09/12/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/09/13 | {2} | Road West Trucking | turnover of bank acct | 1129-000 | 16,000.00 | | 16,000.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 15,986.20 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.29 | 15,960.91 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.42 | 15,939.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.21 | 15,914.28 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.65 | 15,890.63 |
| 02/03/14 | 101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2014 FOR CASE #13-26948, Bond #016026455 | 2300-000 | | 21.68 | 15,868.95 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.32 | 15,847.63 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.03 | 15,825.60 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.28 | 15,801.32 |
| 05/09/14 | 102 | NRAI, Inc | UCC Search charge | 2990-000 | | 56.00 | 15,745.32 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.68 | 15,722.64 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 15,700.78 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.84 | 15,675.94 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.79 | 15,654.15 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.01 | 15,630.14 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.22 | 15,606.92 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.20 | 15,586.72 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.40 | 15,561.32 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.38 | 15,538.94 |
| 02/11/15 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-26948, Bond # 10BSBGR6291 | 2300-000 | | 9.97 | 15,528.97 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 15,508.12 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.79 | 15,484.33 |
| 06/17/15 | 104 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $2,350.00, Trustee Compensation;  Reference: | 2100-000 | | 2,350.00 | 13,134.33 |
| 06/17/15 | 105 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $11.63, Trustee Expenses;  Reference: Voided on 06/17/15 | 2200-000 | | 11.63 | 13,122.70 |
| 06/17/15 | 105 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $11.63, Trustee Expenses;  Reference: Voided: check issued on 06/17/15 | 2200-000 | | -11.63 | 13,134.33 |
| 06/17/15 | 106 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,904.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,904.50 | 11,229.83 |
| 06/17/15 | 107 | Keystone Equipment Finance Corp | Dividend paid  95.63% on $2,151.94; Claim# 1; | 7200-000 | | 2,058.10 | 9,171.73 |

Subtotals :  $16,000.00  $6,828.27

{} Asset reference(s)

Printed: 09/12/2015 01:29 PM    V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-26948-TAB  
**Case Name:** ROAD WEST TRUCKING CORPORATION  

**Taxpayer ID #:** **-***1559  
**Period Ending:** 09/12/15  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2,151.94; Reference: | | | | |
| 06/17/15 | 108 | Speedway | Dividend paid 95.63% on $9,577.77; Claim# 2; Filed: $9,577.77; Reference: 0003356706 | 7200-000 | | 9,160.10 | 11.63 |
| 06/17/15 | 109 | Keystone Equipment Finance Corp | 19% of dissallowed expenses totaling $11.63 | 7200-000 | | 2.21 | 9.42 |
| 06/17/15 | 110 | Speedway | Ref # 0003356706 - 81% of disallowed expenses of 11.63 | 7200-000 | | 9.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,000.00 | 16,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,000.00 | 16,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $16,000.00 | $16,000.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0166** | 16,000.00 | 16,000.00 | 0.00 |
| | $16,000.00 | $16,000.00 | $0.00 |

{} Asset reference(s)